United States District Court
Eastern District of New York

Robert Anton Williams Jr.

—against—

Detective Niurca Quinones et. al.

15 civ. 5609 (BMC)(LB)

## Status Update

This case has been administratively closed and this writer has been ordered inform this court by December 31, 2015 of the status of my criminal case.

The case has not been resolved during the 34 months of my incarceration. On February 1st of 2016 I will receive the decision on the pretrial hearings, shortly thereafter I hope to proceed to trial.

Respectfully Submitted,

Robert Williams
18-18 Hazen Street (AMKC)
East Elmhurst, NY 11370

Dated: December 18, 2015

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 28 2015 ★
BROOKLYN OFFICE

Robert Williams 141-13-05037
19-18 Hazen Street (AMKC)
East Elmhurst, NY 11370

United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Pro Se Office

NEW YORK NY 100
28 DEC 2015 PM 10 L